UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

SCOTT N. CAMPBELL,
    Plaintiff,

v.

MARTIN O'MALLEY,
*Commissioner of Social Security Administration*,
    Defendant.

**JUDGMENT**

Case No. 5:23-CV-27-KS

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court AFFIRMS the Commissioner's decision.

This judgment filed and entered on 3/4/2024, *with electronic service* upon the following:

**Jonathan Blair Biser**
*Plaintiff's Counsel*

**Cathleen McNulty**
**Wanda Mason**
**Samantha Zeiler**
*Defendant's Counsel*

**PETER A. MOORE, JR.**
CLERK, U.S. DISTRICT COURT

Date: March 4, 2024

/s/ *Shelia D. Foell*
Deputy Clerk, US District Court